# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141984

McDONALD FORD, INC.,
      Plaintiff-Appellant,

v

                                 SC: 141984
                                 COA: 296814
CITIZENS BANK and CITIZENS
                                 Saginaw CC: 06-059624-CZ
BANKING CORPORATION,
      Defendants-Appellees.
_____/

On order of the Court, the application for leave to appeal the October 15, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

d0131

_____
Clerk